IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-555-BO

| | | |
|---|---|---|
| ATLANTIC COAST PIPELINE, LLC, )<br>*Plaintiff,* )<br>v. )<br>)<br>1.747 ACRES, MORE OR LESS, IN JOHNSTON )<br>COUNTY, NORTH CAROLINA *et al.*, )<br>*Defendants.* ) | | ORDER |

In light of the entry of default judgment on all issues except the issue of just compensation, [DE 30], plaintiff's motion for entry of partial summary judgment in its favor [DE 4] is DENIED AS MOOT.

SO ORDERED, this **23** day of March 2020.

*/s/ Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE